SCANNED

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

CHARLES ST. CLAIR JONES 3RD,

        Plaintiff,

-against-

PSYCHOLOGIST DR. CORMICHAEL;
PSYCHOLOGIST DR. RALPH SEPKIN;
PSYCHOLOGIST DR. PURUGGAHAN;
PSYCHOLOGIST DR. SHARMAT;
POLICE LT. FLANIGIN; POLICE OFFICERS
ALVERER #7744; POLICE OFFICERS
VELEZQUEZ #1114; POLICE OFFICERS
CARRINGTON #2093; NORTH CENTRAL
BRONX HOSPITAL 3424 KOSSUTH
AVENUE BX N.Y. 10467,

        Defendants.
--------------------------------------------------X

<u>Civil Judgment</u>

08 Civ. 1132 (KMW)

FILED JUL 07 2008 U.S. DISTRICT COURT S.D. OF N.Y.

    By order entered April 11, 2008, plaintiff was directed to file an amended complaint with this Court within sixty (60) days. Plaintiff has failed to notify the Court of any change of mailing address, nor has he initiated further contact with the Court, written or otherwise. Since plaintiff has failed to file an amended complaint as specified, or otherwise prosecute this action, it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

    SO ORDERED:

                                            _____
                                            KIMBA M. WOOD
                                            Chief Judge

Dated: JUL 0 7 2008
        New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.