UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---

*Charles St. Clair Jones*

-v-

*Cormichael et al*

---

U.S.C.A. # _____

U.S.D.C. # __08-cv-1132__

JUDGE: __KMW__

DATE: __AUGUST 12, 2008__

# INDEX TO THE RECORD ON APPEAL

AUG 12 2008

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------

**DOCUMENT DESCRIPTION**                                **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

( ✓ ) Original Record                    ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12TH Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Charles St. Clair Jones
-v-
Carmichael, et al

U.S.C.A. # _____
U.S.D.C. # 08-cv-1132
JUDGE: KMW
DATE: AUGUST 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through  5 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01132-KMW
### Internal Use Only

St. Clair Jones v. Cormichael et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/04/2008
Date Terminated: 07/07/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Charles St. Clair Jones.(laq) (Entered: 02/19/2008) |
| 02/04/2008 | 2 | COMPLAINT against North Central Bronx Hospital, Cormichael, Ralph Sepkin, Puruggahan, Sharmat, Flanigin, Alverer, Velezquez, Carrington. Document filed by Charles St. Clair Jones.(laq) (Entered: 02/19/2008) |
| 02/04/2008 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 02/19/2008) |
| 02/04/2008 | 3 | 60 DAYS ORDER....The Court grants plaintiff's request to proceed in forma pauperis, and plaintiff is directed to file an amended complaint as set forth within. The Court grants plaintiff leave to amend his complaint in order to name the individuals personally involved in allegedly violating his constitutional rights in connection with his hospitalization and treatment and to provide more details about exactly what took place and what led up to his arrest. The amended complaint must be submitted to this Court's Pro Se Office within 60 days of the date of this order, be captioned as an "AMENDED COMPLAINT" and bear the same docket number as this order. Plaintiff is advised that his amended complaint will completely replace his original complaint. In addition, plaintiff must attach a copy of this order to his amended complaint. No summons shall issue at this time and all further proceedings shall be stayed for 60 days or until plaintiff has complied with this order. If plaintiff fails to comply with this order within the time allowed to show good cause why he cannot comply, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/08) (laq) (Entered: 04/11/2008) |
| 07/07/2008 | 4 | JUDGMENT, By order entered April 11, 2008, plaintiff was directed to file an amended complaint with this Court within sixty (60) days. Plaintiff has failed to notify the Court of any change of mailing address, nor has he initiated further contact with the Court, written or otherwise. Since plaintiff has failed to file an amended complaint as specified, or otherwise prosecute this action, it is, ORDERED, ADJUDGED, AND DECREED: That the complaint is dismissed. 28 U.S.C. 1915(e)(2)(B)(ii). The Court cetifies pursuant to 28 U.S.C. 1915(a)3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/7/08) (dt) (Entered: 07/08/2008) |
| 07/07/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Charles St. Clair Jones. (jab) (Entered: 07/09/2008) |
| 07/23/2008 | 5 | NOTICE OF APPEAL from 4 Judgment. Document filed by Charles St. Clair Jones.(tp) (Entered: 08/11/2008) |
| 07/23/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Charles St. Clair Jones. $455.00 APPEAL FEE DUE. IFP REVOKED 7/7/08. (tp) (Entered: 08/11/2008) |
| 08/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 08/11/2008) |
| 08/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 08/11/2008) |